UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEAN L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETAPP, INC. GROUP HEALTH PLAN,<br><br>　　　　　Defendant. | Case No. 16-CV-02290-LHK<br><br>**PROPOSED CASE SCHEDULING ORDER** |

　　　Based on the parties' joint case management statement, ECF No. 20, the Court proposes the following case schedule. The parties shall file any objections to the following schedule by July 29, 2016, at 4:00 p.m.

| Scheduled Event | Date |
|---|---|
| Deadline to Complete Mediation | November 8, 2016 |
| Further Case Management Conference | November 16, 2016, at 2:00 p.m. |
| Close of Fact Discovery | March 3, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | April 3, 2017 |
| Hearing on Dispositive Motions | May 25, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

1

Case No. 16-CV-02290-LHK
PROPOSED CASE SCHEDULING ORDER

Dated: July 28, 2016.

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-02290-LHK
PROPOSED CASE SCHEDULING ORDER