United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEAN L.,<br><br>                    Plaintiff,<br><br>          v.<br><br> NETAPP, INC. GROUP HEALTH PLAN,<br><br>                    Defendant. | Case No. 16-CV-02290-LHK<br><br>**CASE MANAGEMENT ORDER** |

The case management conference, currently set for August 3, 2016, at 2:00 p.m., is hereby CONTINUED to November 16, 2016, at 2:00 p.m.  The parties shall file a joint case management statement by November 9, 2016.  The parties filed no objections to the case schedule proposed on July 28, 2016.  Accordingly, the Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Complete Mediation | November 8, 2016 |
| Further Case Management Conference | November 16, 2016, at 2:00 p.m. |
| Close of Fact Discovery | March 3, 2017 |
| Last Day to File Dispositive Motions<br>(one per side in the entire case) | April 3, 2017 |

1

Case No. 16-CV-02290-LHK
CASE MANAGEMENT ORDER

| Hearing on Dispositive Motions | May 25, 2017, at 1:30 p.m. |
| --- | --- |

**IT IS SO ORDERED.**

Dated: July 29, 2016.

_____

LUCY H. KOH
United States District Judge

Case No. 16-CV-02290-LHK
CASE MANAGEMENT ORDER